PAUL D. SUPNIK [SBN 52842]
Email: paul@supnik.com
9401 Wilshire Blvd., Suite 1250
Beverly Hills, CA 90212
Telephone: 310-859-0100
Facsimile: 310-388-5645

JS-6

Attorney for Plaintiff
1800 LOOSE DIAMONDS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| 1800 LOOSE DIAMONDS, | Case No.  CV 13-7127-R |
|---|---|
| Plaintiff, | **STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| THE LOOSE DIAMOND, FARIBORZ GOLRIZ; and DOES 1 through 10, inclusive. | |
| Defendants. | |

WHEREAS, plaintiff 1800 LOOSE DIAMONDS filed a complaint herein naming THE LOOSE DIAMOND, a California corporation and FARIBORZ GOLRIZ, an individual and DOES 1 through 10 as defendants;

WHEREAS the parties have stipulated to the facts supporting the jurisdiction of the subject matter of this action and of the parties hereto;

WHEREAS, plaintiff asserts that it has valid unregistered trademark rights in the marks 1800 LOOSE DIAMONDS and LOOSE DIAMONDS in association

1
**STIPULATED JUDGMENT AND PERMANENT INJUNCTION**

with the address 550 S. Hill Street, Los Angeles, in connection with online and retail jewelry services;

WHEREAS, plaintiff contends that defendants THE LOOSE DIAMOND and FARIBORZ GOLRIZ have caused to be used the mark and corporate name THE LOOSE DIAMOND in connection with online and retail store services in connection with jewelry;

WHEREAS, Plaintiff further contends that defendants have falsely represented the source of its goods and services as result of misdirected advertising linkages, use of confusingly similar advertising images and other acts of unfair competition causing harm to plaintiff;

WHEREAS, Defendants deny that it is or has engaged in any infringement or any unfair competition and assert that they will no longer use the mark THE LOOSE DIAMOND except in a fair use sense; and

WHEREAS, defendants THE LOOSE DIAMOND and FARIBORZ GOLRIZ having consented to entry of this Permanent Injunction without notice to be binding on Defendants THE LOOSE DIAMOND, FARIBORZ GOLRIZ and their agents, employees and representatives and all persons in active concert or participation with said defendants who receive notice thereof;

NOW THEREFORE, upon the consent of the parties hereto,

IT IS ORDERED, ADJUDGED AND DECREED that final judgment and a permanent injunction in favor of plaintiff 1800 LOOSE DIAMONDS and against THE LOOSE DIAMOND and FARIBORZ GOLRIZ and their agents, employees and representatives and all persons in active concert or participation with said defendants who receive notice thereof be entered as follows:

Defendants THE LOOSE DIAMOND and FARIBORZ GOLRIZ and their agents, employees and representatives and all persons in active concert or participation with said defendants who receive notice thereof are hereby permanently enjoined from engaging in any act in violation of the United States trademark laws, common law infringement and unfair competition, including but not limited to:

a. Causing, facilitating, encouraging or allowing any reputational statements directed to plaintiff from appearing on defendants' website.

b. Causing, facilitating, encouraging, allowing or providing information to any third party website which tends to cause statements intended to be attributed to plaintiff to appear to be attributed to defendant, or which tends to cause statements which appear to be attributed to defendant, to be attributed to plaintiff.

c. Doing or allowing any act or thing which is likely to damage, injure or harm 1800 LOOSE DIAMONDS's reputation or goodwill or the reputation or goodwill of the LOOSE DIAMONDS or 1800 LOOSE DIAMONDS marks;

d. Operating any website where the domain name and/or web address includes the term LOOSE DIAMONDS or 1800 LOOSE DIAMONDS, THE LOOSE DIAMOND or any colorable imitation of any of the foregoing.

e. Duplicating images of jewelry on the website of plaintiff on defendants' websites.

f. Attempting to sell, soliciting business for the purpose of selling, or otherwise directly or indirectly facilitating in whole or in part, or directly or indirectly attempting to facilitate in whole or in part, the

sale of any jewelry that bears, or is otherwise associated with, the marks LOOSE DIAMONDS or 1800 LOOSE DIAMONDS, or any colorable imitation of any of the foregoing marks or names, excepting the use of the words LOOSE DIAMOND or LOOSE DIAMONDS other than as a mark or business name and in a fair use sense.

g. Doing or allowing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public or the trade or prospective purchasers with respect to plaintiff's marks LOOSE DIAMONDS or 1800 LOOSE DIAMONDS and goods sold by 1800 LOOSE DIAMONDS in connection with those marks.

h. Engaging in any other act that constitutes infringement, unfair competition, false advertising or trademark dilution in violation of Plaintiffs' rights, including but not limited to infringing by use of the marks or designations LOOSE DIAMOND or LOOSE DIAMONDS, on Facebook, Twitter, LinkedIn and other social networking sites under Defendants' control, excepting the use of the words LOOSE DIAMOND or LOOSE DIAMONDS other than as a mark or business name and in a fair use sense.

i. Transferring any website including any material portion of the website accessible at the domain www.theloosediamond.com, to any third party without notifying them of the existence of this Stipulated Judgment And Permanent Injunction.

j. Assigning or transferring the website which is currently accessible at the domain www.theloosediamond.com or at any other jewelry based commerce website of defendants, to any third party so long

as it contains the address 550 S. Hill Street, Los Angeles and the mark and name THE LOOSE DIAMOND.

   k.  Causing, facilitating, engaging in, helping or allowing any person or entity to engage in any of the conduct prohibited in this Stipulated Judgment And Permanent Injunction.

IT IS FURTHER ORDERED AND ADJUDGED that each party bear their own attorneys' fees and costs.

THIS MATTER IS DISMISSED with prejudice, except that this Court shall retain jurisdiction over enforcement of this permanent injunction.

IT IS SO ORDERED.

Dated: July 21, 2014     _____
                                    UNITED STATES DISTRICT JUDGE